FILED

01/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0704

FILED

JAN 0 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

JACOB SMITH,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

ORDER

---

Appellant Jacob Smith has filed a Motion to Expand Page Limit, asking to file an overlength brief of 35 pages with and additional three pages for table of contents and table of authorities. He has also filed a Motion to Forego the Charged Postage and Nine Copies of the Opening Brief.

IT IS HEREBY ORDERED that motions are GRANTED. Appellant's brief shall be filed as of the date of this Order. The postage fee is waived.

DATED this 5th day of January, 2021.

For the Court,

By _____
Chief Justice